IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Marcia Carter           BK NO. 23-01884 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In its Individual Capacity But Solely As Trustee of LSRMF MH Master Participation Trust II and index same on the master mailing list.

    Respectfully submitted,

/s/ Michael Farrington

Michael Farrington
06 Dec 2023, 17:24:53, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322