IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

5:23-BK-01884
IN RE:     MARCIA CARTER     :     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Robert Glazer, Esq., hereby certify that service of the **Debtor's First Amended Pre-Confirmation Plan and Notice of Self Scheduled Hearing with Objection Deadline** was made upon all interested parties, including any creditors listed on the Matrix, any creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage prepaid on the date set forth below.

Respectfully submitted,

**McLaughlin & Glazer**

Date: January 18, 2024

/S/ Robert Glazer_____
Robert Glazer, Esq.
Attorney for Debtor
Attorney ID No: 30234
26 N. Third Street
Easton, PA 18042
610-258-5609
610-258-4353 (fax)
usbcglazer@gmail.com