IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

                                                    5:23-BK-01884
IN RE:       MARCIA CARTER       :       CHAPTER 13

## CERTIFICATE OF SERVICE

I, Robert Glazer, Esq., hereby certify that service of the **Debtor's First Amended Pre-Confirmation Plan and Notice of Self Scheduled Hearing with Objection Deadline** was made upon all interested parties, including any creditors listed on the Matrix, any creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage prepaid on the date set forth below.

**American Credit Acceptance**
961 East Main Street
Spartanburg SC 29302

**Best Buy**
PO Box 6204
Sioux Falls, SD 57117

**Capital One**
PO Box 71087
Charlotte, NC 28272

**Capital One N.A.**
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

**Capital One/BJs**
PO Box 30285
Salt Lake City, UT 84130

**Citibank**
PO Box 9001037
Louisville, KY 40290-1037

**Geisinger**
PO Box 98154

Case 5:23-bk-01884-MJC    Doc 47    Filed 01/18/24    Entered 01/18/24 17:04:35    Desc
Main Document    Page 1 of 3

Boston, MA 02298-3154

**Home Depot Credit Services**
PO Box 6405
Dallas, TX 75265

**Law Office of David J. Harris**
69 Public Square
Suite 700
Wilkes Barre, PA 18701

**Lehigh Valley Health Network**
PO Box 981006
NY 12298-1008

**Lowe's**
PO BOX 530914
Atlanta, GA 30353

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**One Main Financial**
6801 Colwell Blvd
Mail Stop NTSB-2320
Irving, TX 75039

**OneMain Financial**
PO Box 3251
Evansville, IN 47731

**Pinnacle Credit Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**PP&L**
827 Hausman Road
Allentown, PA 18104-9392

**Sherwin Williams**
101 W. Prospect Ave
Cleveland, OH 44115

**Synchrony Bank/Lowes**

170 West Election Road
Suite 125
Draper, UT 84020

**U.S. Bank Trust National Association et al**
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

**U.S. Bank Trust National Association, not in its**
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

**U.S. Bank Trust National Association, not in its**
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

**UPMC**
PO Box 371472
Pittsburgh, PA 15250

**US Bank Trust National Association**
c/o Fay Servicing
425 S. Financial Place, 20th Flr
Chicago, IL 60605

**US Bank Trust National Association**
c/o Fay Servicing
425 S. Financial Place, 20th Flr
Chicago, IL 60605

    Respectfully submitted,
    **McLaughlin & Glazer**

Date: January 18, 2024    /S/ Robert Glazer_____
    Robert Glazer, Esq.
    Attorney for Debtor
    Attorney ID No: 30234
    26 N. Third Street
    Easton, PA 18042
    610-258-5609
    610-258-4353 (fax)
    usbcglazer@gmail.com