IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:     MARCIA CARTER | 5:23-BK-01884 <br> CHAPTER 13 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT, IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II <br>         Movant <br>         v. | |
| MARCIA CARTER <br>         Debtor/Respondent | |
| JACK ZAHAROPOULOS, Esquire <br>         Trustee/Respondent | |

### DEBTOR'S ANSWER TO MOTION U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

AND NOW, comes Marcia Carter by and through her Attorney, Robert Glazer, Esquire, to Answer the Motion of U.S. Bank Trust National Association for Relief from the Automatic Stay, dated February 7, 2024 and in support thereof, responds as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.

9. No answer required.

**WHEREFORE,** Respondent respectfully requests this Honorable Court to deny and dismiss Movant's Motion for Relief from the Automatic Stay.

## AFFIRMATIVE DEFENSES

1. The Debtor has equity in his property and the Movant has been afforded adequate protection of its interest.

2. The Motion is barred by laches.

3. The Movant has not shown the irreparable harm necessary to justify lifting the stay.

4. Even if the Creditor is entitled to relief from the stay, the stay should not be terminated. The Court should grant less drastic relief by conditioning or modifying the stay.

5. The Motion was not properly served upon the Debtor.

6. By way of recoupment, Debtor asserts a claim against Movant for violations of the Truth-in-Lending Act, 15 U.S.C. Section 1601 et. seq. and Regulation Z promulgated thereunder, including, but not limited to, failing to clearly and conspicuously make required disclosures.

WHEREFORE, Debtor respectfully requests this Honorable Court dismiss the Motion of U.S. Bank Trust National Association for Relief from the Automatic Stay.

Respectfully submitted,

**MCLAUGHLIN & GLAZER**

Date: February 20, 2024

**/s/ Robert Glazer**
Robert Glazer
Attorney for Debtor
Attorney ID No: 30234
26 N. Third Street
Easton, PA 18042
610-258-5609
Fax: 610-258-4353
usbcglazer@gmail.com