IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

                                                5:23-BK-01884
IN RE:      MARCIA CARTER     :     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Robert Glazer, Esq., attorney for Debtor, hereby certify that service of the foregoing Debtor's Answer to Motion U.S. Bank Trust National Association, Not in it's Individual Capacity But Solely As Trustee of LSRMF MH Master Participation Trust II for Relief From Automatic Stay has been served on February 21, 2024, by first class mail, and/or electronic means upon:

Michael P. Farrington, Esq.  
KML Law Group, P.C.  
701 Market St., Suite 5000  
Philadelphia, PA 19106  
Fax: (215) 627-7734

Jack N. Zaharoupoulos  
8125 Adams Dr., Suite A  
Hummelstown, PA 17036

Respectfully submitted,
**McLaughlin & Glazer**

Date: February 21, 2024        /S/ Robert Glazer_____  
Robert Glazer, Esq.  
Attorney for Debtor  
Attorney ID No: 30234  
26 N. Third Street  
Easton, PA 18042  
610-258-5609  
610-258-4353 (fax)  
usbcglazer@gmail.com