## LOCAL BANKRUPTCY FORM 2016-2(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|   |   |   |   |
|---|---|---|---|
| IN RE: | MARCIA CARTER | : | **5:23-BK-01884** |
|   |   | : | **CHAPTER 13** |
|   |   | : |   |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT, | | : | |
| IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS | | : | |
| TRUSTEE OF LSRMF MH MASTER PARTICIPATION | | : | |
| TRUST II | | : | **Movant** |
| v. | | : | |
| MARCIA CARTER | | : | |
| Debtor/Respondent | | : | |
|   | | : | |
|   | | : | |
| JACK ZAHAROPOULOS, Esquire | | : | |
| Trustee/Respondent | | : | |

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
|---|---|
| 1. Amount agreed to by debtor | $ 4,250 |
| 2. Less amount paid to attorney outside of plan distributions | $ 2,100 |
| 3. Balance of compensation to be paid through plan distributions | $ 2,150 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 0 |

| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
|---|---|
| 1. Compensation and expenses to be approved by the Court | |
| 2. Less amounts paid to attorney outside of plan distributions | |
| 3. Balance of compensation and expenses to be paid through plan distributions | |

> C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above:

Dated: February 26, 2024

_____
Robert Glazer, Esq., Attorney for Debtor