Rev. March 1, 2013

## LOCAL BANKRUPTCY FORM 3015-3(a)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARCIA CARTER | : 5:23-BK-01884<br>: CHAPTER 13 |
| | : |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT,<br>IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS<br>TRUSTEE OF LSRMF MH MASTER PARTICIPATION<br>TRUST II<br>    Movant<br>v.<br>MARCIA CARTER<br>    Debtor/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| JACK ZAHAROPOULOS, Esquire<br>    Trustee/Respondent | :<br>: |

### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

I, <u>Marcia Carter</u>, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on <u>February 29, 2024</u>.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: February 26, 2024        _/s/ Robert Glazer_
                                      Robert Glazer, Esq., Counsel for Debtor

Dated: February 26, 2024        _/s/ Marcia Carter_    2/27/2024
                                        Marcia Carter, Debtor

1