United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-01884-MJC |
| Marcia Carter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 10, 2025 | Form ID: pdf010 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marcia Carter, 2301 White Oak Drive West, East Stroudsburg, PA 18301-8380 |
| 5566802 | Geisinger, PO Box 98154, Boston, MA 02298-3154 |
| 5566803 | Home Depot Credit Services, PO Box 6405, Dallas, TX 75265 |
| 5566804 | Law Office of David J. Harris, 69 Public Square, Suite 700, Wilkes Barre, PA 18701 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 10 2025 18:46:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5562324 | + | Email/Text: bankruptcy@acacceptance.com | Jul 10 2025 18:46:00 | American Credit Acceptance, 961 East Main Street, Spartanburg SC 29302-2149 |
| 5566798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2025 18:54:31 | Best Buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 5566799 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 18:54:53 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 5564616 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 18:55:12 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5566800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 18:55:14 | Capital One/BJs, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5566801 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2025 18:54:31 | Citibank, PO Box 9001037, Louisville, KY 40290-1037 |
| 5564656 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 18:54:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 18:55:10 | Lowe's, PO BOX 530914, Atlanta, GA 30353-0914 |
| 5562279 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 10 2025 18:46:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5566807 | + | Email/PDF: cbp@omf.com | Jul 10 2025 18:55:12 | One Main Financial, 6801 Colwell Blvd, Mail Stop NTSB-2320, Irving, TX 75039-3198 |
| 5566059 | + | Email/PDF: cbp@omf.com | Jul 10 2025 18:54:51 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5575090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 18:54:37 | Portfolio Recovery Associates, LLC, POB 12914, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Norfolk VA 23541 |
| 5566808 | ^ | MEBN | Jul 10 2025 18:39:55 | PP&L, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5562254 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2025 18:54:37 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2025 18:54:58 | Synchrony Bank/Lowes, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 5566809 | | Email/Text: sw.bankruptcy@sherwin.com | Jul 10 2025 18:46:00 | Sherwin Williams, 101 W. Prospect Ave, Cleveland, OH 44115 |
| 5573556 | ^ | MEBN | Jul 10 2025 18:39:50 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5566811 | ^ | MEBN | Jul 10 2025 18:39:52 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 5561371 | ^ | MEBN | Jul 10 2025 18:39:58 | US Bank Trust National Association, c/o Fay Servicing, 425 S. Financial Place, 20th Flr, Chicago, IL 60605-1000 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5566805 | | Lehigh Valley Health Network, PO Box 981006, NY 12298-1008 |
| 5562280 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5614012 | * | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5566812 | *+ | US Bank Trust National Association, c/o Fay Servicing, 425 S. Financial Place, 20th Flr, Chicago, IL 60605-1000 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

Robert Glazer, Esq      on behalf of Debtor 1 Marcia Carter usbcglazer@gmail.com

United States Trustee      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Marcia Carter, | : | Case No. 5:23-bk-01884-MJC |
| | : | |
| Debtor. | : | |

## ORDER GRANTING IN PART AND DENYING IN PART
## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

**AND NOW**, upon consideration of the Trustee's Motion to Dismiss Case With Prejudice, Doc. 78 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, and no responses having been filed thereto;

**AND**, after a hearing held on July 10, 2025;

**AND**, for the reasons stated on the record;

It is hereby **ORDERED** that:

The Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to dismissal of the above-captioned case.

2. The Motion is **DENIED** as to Trustee's request for dismissal of the above-captioned case with prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 10, 2025